# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2020

159684(63)

SPERRY L. MEGERIAN, Personal Representative
of the ESTATE OF MARI ZIMMERMAN-
THOMPSON,
        Plaintiff-Appellee,

v

UNITED SERVICES AUTOMOBILE
ASSOCIATION,
        Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159684
COA: 336483
Bay CC: 15-003782-CK

On order of the Court, the motion for reconsideration of this Court's December 20, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).

CAVANAGH, J., did not participate due to her prior relationship with Garan Lucow Miller, P.C.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2020
_____



b0518

Clerk